Millard R. Powers and Wilbur F. Powers, appellants, v. Arthur N. Powers et al., appellees. Gen. No. 33,214.

Opinion filed January 2, 1930.

Lloyd C. Whitman and Percival E. Thompson, for appellants; Lloyd C. Whitman, of counsel. Millard R. Powers, *pro se.* Townley, Wild, Campbell & Clark, for appellee Arthur N. Powers; Morris Townley, of counsel. Isham, Lincoln & Beale, Charles LeRoy Brown, Jacob Logan Fox and Lyman, Adams, Bishop & Dupee, for certain other appellees; Charles LeRoy Brown, Howard F. Bishop and Charles D. Albright, of counsel.

Statement by court.

William Kotsakis, appellee, v. Peter Orphan, trading as Chicago Packing House, appellant. Gen. No. 33,422.

Opinion filed January 6, 1930.

William A. Bither, for appellant; Luella M. Bither, of counsel. Harry S. Cowen, for appellee; John B. King, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Ernest Recher, plaintiff in error, v. Julius Swanson, defendant in error. Gen. No. 33,508.

Opinion filed January 6, 1930.

John C. Eich and Harry Goodman, for plaintiff in error. Marston, Friedlund, Tone & Friedlund, for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Ethel D. Kewley, defendant in error, v. Irving Knapp and Irving Knapp, trading as I. Knapp & Company, plaintiff in error. Gen. No. 33,513.

Opinion filed January 6, 1930.

Levinson & Levinson, for plaintiff in error. J. B. Luse, for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.